### SCHOENFELD v. GLOBE STORAGE & CARPET CLEANING CO.

(Supreme Court, Appellate Term. February 24, 1910.)

HUSBAND AND WIFE (§ 210*)—PROPERTY OF WIFE—ACTIONS BY HUSBAND.

    A husband, taking no part in a transaction between his wife and a third person relating to personalty belonging to the wife, may not sue thereon.

    [Ed. Note.—For other cases, see Husband and Wife, Cent. Dig. §§ 775–777; Dec. Dig. § 210.*]

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Action by Emil Schoenfeld against the Globe Storage & Carpet ·Cleaning Company. From a judgment for plaintiff, after a trial by ·the court without a jury, defendant appeals. Reversed, and new trial ·ordered.

Argued before SEABURY, GUY, and WHITNEY, JJ.

Nathan Kalvin, for appellant.
Julius O. Foote, for respondent.

PER CURIAM. It appears by the evidence that the rug in question belongs, not to the plaintiff, but to his wife. Plaintiff took no part .in the transaction.

Hence the judgment must be reversed, and a new trial ordered, with costs to appellant to abide the event.